**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| UNITED STATES,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHU-CHIANG "KEVIN" HO, and<br>ATRIA CORPORATION,<br><br>　　　　　　　　Defendants. | Court No. 19-00038 |

**DEFENDANT'S MOTION TO QUASH SERVICE IN RESPONSE**
**TO PLAINTIFF'S NOTICE OF SERVICE FILED JUNE 15, 2020**

Pursuant to Rules 12(b)(2) and 12(b)(5) of the Rules of the Court of International Trade, CHU-CHIANG "KEVIN" HO ("Kevin Ho"), moves the Court for an Order quashing service and granting his Motion to Dismiss filed on April 29, 2019.

On May 15, 2020, the Court issued an opinion and order in this case denying Defendant's Motion to Dismiss, in part, and quashing service of process upon the Defendant, Kevin Ho. (Docket No. 29) The Court gave the Government 60 days from the date of its order to "effect proper service on defendant." It went on to state that "if service is not made on defendant within that time, the motion to dismiss for insufficient service of process will be granted." On the same day, the Court granted the Government's motion to stay proceedings. (Docket 30)

1

Court No. 19-00038

On June 15, 2020, the Government filed a Notice of Service with the Court in which is stated that it served Kevin Ho pursuant to the Court's May 15th order. (Docket No. 31). Specifically, the notice states that Government counsel sent a copy of the summons and complaint by e-mail to Mr. Ho's counsel of record, Elon Pollack and Kayla Owens, on May 15th and asked whether counsel would accept service on Mr. Ho's behalf. The notice goes on to state that Ms. Owens responded by e-mail on May 18th that "Mr. Ho has authorized us to accept service on his behalf."

These statements are not accurate. On May 15, 2020 Defendant's counsel received an email from Government's counsel asking if Defendant's counsel would accept service on behalf of Mr. Ho in the instant case. The summons and complaint were not attached to that email. On May 18th, Mr. Ho's counsel informed Mr. Kanellis that Mr. Ho had authorized counsel to accept service on his behalf. On May 22, 2020, Defendant's counsel received an email from Government's counsel which included a copy of the summons and complaint for Court No. 19-00102, not Court No. 19-00038 as ordered by this Court. See Declaration of Kayla Owens. Mr. Kanellis' email did not include an acknowledgment of service or request any other confirmation of receipt. Ms. Owens and Mr. Pollack did not respond to the May 22nd email. On July 27, 2021, the Government acknowledged that it did not serve Mr. Ho in this case as ordered by the Court.

//

//

//

//

2

Court No. 19-00038

Based on these facts, Mr. Ho has not been served properly in this case in accordance with the Court's Order of May 15, 2020. Therefore, Mr. Ho requests that the Court grant Defendant's Motion to Dismiss for insufficient service of process in this matter.

Dated: July 27, 2021                    Respectfully submitted,

                                        /s/ Elon A. Pollack
                                        Elon A. Pollack, Esq.
                                        Kayla Owens, Esq.
                                        Stein Shostak Shostak Pollack & O'Hara
                                        865 S. Figueroa Street, Suite 1388
                                        Los Angeles, CA 90017
                                        Phone: (213) 630-8888
                                        Fax: (213) 630-8890
                                        E-Mail: elon@steinshostak.com
                                                kowens@steinshostak.com
                                        Attorneys for Chu-Chiang Kevin Ho