## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>CHU-CHIANG "KEVIN" HO, and ATRIA CORPORATION,<br><br>    Defendants. | Before: Timothy M. Reif, Judge<br><br>Court No. 19-00038 |

### ORDER

On consideration of the parties' briefings relating to Plaintiff's Motion for Extension of Time of Service and Defendant's Motion to Quash Service in Response to Plaintiff's Notice of Service filed June 15, 2020, and on receipt of the Corrected Notice of Service stating that service of defendant Chu-Chiang "Kevin" Ho was made on July 27, 2021, and further

Recalling the court's opinion of May 15, 2020, Slip Op. 20-66, whereby the court decided to exercise its discretion to extend the service period in this case, with a view to avoiding potential prejudice, and notwithstanding concerning behavior exhibited in the carrying out of proper service, it is hereby:

ORDERED that Plaintiff's Motion for Extension of Time of Service until and through July 27, 2021, is granted as a matter of the court's discretion, and it is further

ORDERED that Defendant's Motion to Quash Service in Response to Plaintiff's Notice of Service filed June 15, 2020, is denied and it is further

ORDERED that Defendant's Motion to Dismiss for insufficient service of process

in Court No. 19-00038 is denied.

/s/     Timothy M. Reif
Timothy M. Reif, Judge

Dated: September 14, 2021
        New York, New York